UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14−33362
 Chapter 13
Bennie Williams,

    Debtor.

**NOTICE**

Second and Final Notice of Discharge Requirements. The Debtor(s) has not filed a Motion for Entry of Discharge pursuant to Local Bankruptcy Rule 4004−1(a) and/or a Certificate of Financial Management pursuant to Section 1328(g). Unless such requirements are satisfied before the filing of the Trustee's Final Report, the case will be closed WITHOUT discharge. (RE: related document(s)30 Notice of Final Requirements Necessary for Discharge). (DR)

Dated January 5, 2018

*Juan−Carl Guerrero*

Juan−Carlos Guerrero
Clerk of Court

```
                         United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                        Case No. 14-33362-WRS
Bennie Williams                                               Chapter 13
         Debtor
                         CERTIFICATE OF NOTICE
District/off: 1127-2        User: desma            Page 1 of 1          Date Rcvd: Jan 05, 2018
                            Form ID: enotice       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2018.
db             +Bennie Williams,    209 Dunn Dr.,    Montgomery, AL 36109-3421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2018 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Joshua C. Milam    on behalf of Debtor Bennie  Williams jmilam@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com;rshinbaum@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor Bennie  Williams rshinbaum@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 4

Case 14-33362    Doc 33    Filed 01/07/18    Entered 01/07/18 23:56:28    Desc Imaged
                        Certificate of Notice    Page 2 of 2