| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Bennie Williams** | Social Security number or ITIN **xxx–xx–7918** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Middle District of Alabama** | | |
| Case number: **14–33362** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

        Bennie Williams

Dated February 6, 2018

*William R. Sawyer* (signature)
William R. Sawyer
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                              Case No. 14-33362-WRS
Bennie Williams                                                     Chapter 13
            Debtor                    CERTIFICATE OF NOTICE
District/off: 1127-2           User: desma                  Page 1 of 2                   Date Rcvd: Feb 06, 2018
                               Form ID: 3180W               Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
db             +Bennie Williams,    209 Dunn Dr.,    Montgomery, AL 36109-3421
aty            +Joshua C. Milam,    Shinbaum & Campbell,    566 S. Perry Street,    Montgomery, AL 36104-4632
aty            +Richard D. Shinbaum,    Shinbaum Law Firm,    566 South Perry Street,    Montgomery, AL 36104-4632
3217839        +AARONS,   2415 EASTERN BLVD,    Montgomery, AL 36117-1505
3217841         AT & T,   PO BOX 163250,    Columbus, OH 43216-3250
3217842        +ATT,   8014 BAYBERRY ROAD,    Jacksonville, FL 32256-7412
3217844        +AUTO SALES,    3544 ATLANTA HIGHWAY,    Montgomery, AL 36109-3620
3217845         BAPTIST HEALTH,    PO BOX 241145,    Montgomery, AL 36124-1145
3217846         BAPTIST HEALTH,    ATTN: FINANCE DEPT.,    PO BOX 244030,    Montgomery, AL 36124-4030
3217847        +BAPTIST MEDICAL CENTER,    2105 EAST SOUTH BOULEVARD,    MONTGOMERY, AL 36116-2409
3217848        +BAPTIST MEDICAL CENTER EAST,    PO BOX 241145,    Montgomery, AL 36124-1145
3217849         CALEDONIA FINANCIAL SERVICES,    P.O. BOX 189005,    PLANTATION, FL 33318-9005
3217850        +CEDAR CREEK APARTMENTS,    4233 CEDAR CREEK CIRCLE,    Montgomery, AL 36106-3619
3295180         EMERGENCY SERVICES OF MONTGOMERY, PC,    PO Box 1109,    Minneapolis, MN 55440-1109
3217836         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3217838         EXPERION,    P.O. BOX 9701,   Allen, TX 75013-9701
3217852         Emergency Services of Montgomery,    PO Box 740022,    Cincinnati, OH 45274-0022
3217851         Emergency Services of Montgomery,    PO Box 189016,    Plantation, FL 33318-9016
3217854         FUTURE LADY FITNESS,    C/O MG CREDIT,    5115 SAN JUAN AVE,    Jacksonville, FL 32210-3137
3217855        +HAYNES AMBULANCE,    PO BOX 1515,   Wetumpka, AL 36092-0028
3217857         HRRG,   P.O. BOX 459080,    Fort Lauderdale, FL 33345-9080
3217856         Holloway Credit Solutions,    P.O. Box 230609,    Montgomery, AL 36123-0609
3217858         JACKSON ER PHYSICANS LLC.,    P.O. BOX 975213,    Dallas, TX 75397-5213
3217859        +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
3217860         JACKSON MONT EMER PHYS,    P.O. BOX 203365,    Houston, TX 77216-3365
3295454        +MERCHANTS ADJUSTMENT SERVICE,    PO BOX 7511,    56 N FLORIDA ST,    MOBILE, AL 36607-3108
3217863        +MONTGOMERY RADIOLOGY,    2055 NORMANDIE DR., STE. 108,    MONTGOMERY, AL 36111-2730
3217864         PREMIER ANESTH OF MONTGOMERY,    PO BOX 532926,    Atlanta, GA 30353-2926
3217865        +RICE BARNHART,    49 N FEDERAL HIGHWAY SUITE 316,    Pompano Beach, FL 33062-4304
3217866        +RIVER REGION CARDIOLOGY ASSOCIATES,    185 MITYLENE PARK LANE,    Montgomery, AL 36117-7302
3217867        +SMALL LOANS,    177 EASTERN BLVD,    Montgomery, AL 36117-2007
3217869         STEPHENS AND MICHAELS ASSOCIATES,    PO BOX 109,    Salem, NH 03079-0109
3217870        +THE HEALTH CARE AUTHORITY,    C/O MARK N. CHAMBLESS,    P.O. BOX 230759,
                 Montgomery, AL 36123-0759
3217837        +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
3217872         WELLS FARGO,    4810 CARMICHAEL ROAD,    Montgomery, AL 36106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: trustees_office@ch13mdal.com Feb 06 2018 21:24:46      Sabrina L. McKinney,
                 P.O. Box 173,    Montgomery, AL 36101-0173
cr             +EDI: PRA.COM Feb 06 2018 21:18:00      PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk, VA 23541-0907
3241381        +E-mail/Text: AC-BK@usautocreditcorp.com Feb 06 2018 21:24:48      AUTO CREDIT OF COLUMBUS LLC,
                 US AUTO CREDIT,    P.O. BOX 57545,    JACKSONVILLE, FL 32241-7545
3292591        +EDI: ATTWIREBK.COM Feb 06 2018 21:18:00      BellSouth Telecommunications, Inc.,
                 % AT&T Services, Inc.,    Karen Cavagnaro, Esq.,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
3217853        +EDI: BLUESTEM Feb 06 2018 21:18:00      FINGERHUT/WEBBANK,    6250 RIDGEWOOD ROAD,
                 Saint Cloud, MN 56303-0820
3217862         E-mail/Text: mmrgbk@miramedrg.com Feb 06 2018 21:24:10      MiraMed Revenue Group,    Dept 77304,
                 PO Box 77304,    Detroit, MI 48277-0304
3312070         E-mail/Text: peritus@ebn.phinsolutions.com Feb 06 2018 21:24:48      Peritus Portfolio Services,
                 P.O. Box 141419,    Irving, TX 75014-1419
3217871         Fax: 912-629-1539 Feb 06 2018 21:45:02      TITLE BUCKS,    5300 ATLANTA HWY,
                 Montgomery, AL 36109
3274682         Fax: 912-629-1539 Feb 06 2018 21:45:02      TitleMax of Alabama, Inc. d/b/a TitleBucks,
                 15 Bull Street, Suite 200,    Savannah, GA 31401
3231262        +E-mail/Text: merri@vossklein.com Feb 06 2018 21:24:28      Voss & Klein LLC,
                 49 N Federal Highway,    Suite 316,    Pompano Beach, FL 33062-4304
3217873        +EDI: WFFC.COM Feb 06 2018 21:18:00      WELLS FARGO,    P O Box 84712,
                 Sioux Falls, SD 57118-4712
3292441        +EDI: WFFC.COM Feb 06 2018 21:18:00      Wells Fargo Bank,    PO Box 63491 MAC A0143-042,
                 San Francisco, CA 94163-0001
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3232657        (SOUTH) THE HEALTH CARE AUTHORITY FOR BAPTIST HEAL
3217861        LORENZO WILLIAMS
3232660        MONTGOMERY, AL 36123
3232659        P.O. BOX 230759
3232658        c/o CHAMBLESS-MATH & CARR, PC
3217868        small loans
```

```
cr*           ++PERITUS PORTFOLIO SERVICES,   PO BOX 141419,    IRVING TX 75014-1419
                (address filed with court:  Peritus Portfolio Services,   PO BOX 141419,
                 IRVING, TX  75014-1419)
3217840       ##+ALABAMA REAL ESTATE,    5751 WOODMERE BLVD,   Montgomery, AL 36117-1761
3217843       ##+AUTO CREDIT,   701 RIVERSIDE PARK PLACE,    SUITE 200,   Jacksonville, FL 32204-3342
                                                                             TOTALS: 6, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2018 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Joshua C. Milam    on behalf of Debtor Bennie  Williams jmilam@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com;rshinbaum@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor Bennie  Williams rshinbaum@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                         TOTAL: 4